IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY ALLEN PETERS,

     Plaintiff,

v.                                  CASE NO. 5:15-cv-251-LC-GRJ

GREG SHOUPPE, et al.,

     Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's
Report and Recommendation dated February 5, 2016 (ECF No. 11), which
recommended that this case be dismissed for failure to state a claim upon
which relief may be granted.  The Plaintiff has been furnished a copy of the
Report and Recommendation and has been afforded an opportunity to file
objections pursuant to Title 28, United States Code, Section 636(b)(1).  No
objections have been filed.

Having considered the Report and Recommendation, I have
determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

     The magistrate judge's Report and Recommendation is
adopted and incorporated by reference in this Order.  This case is

**DISMISSED** for failure to state a claim upon which relief may be

granted.

**DONE AND ORDERED** this 4th day of March, 2016.


                        s/L.A. Collier
                        _____
                        **LACEY A. COLLIER**
                        **SENIOR U.S. DISTRICT JUDGE**